456

From what we have said, it follows that Mr. and Mrs. Vessie Harvey were legally qualified to vote in the election in issue, and since they voted for appellant, on the calculation made by the court in his conclusions of fact, appellant received a plurality of the votes cast. It is therefore ordered that he be declared the duly elected trustee of Fellowship Common School District No. 72, Shelby County, and that the certificate of election granted to appellee be cancelled and held for naught.

Judgment of the lower court in favor of appellee reversed and judgment here rendered for appellant.

Reversed and rendered.

appeal bond. Neither litigant has briefed the case in this court. We have examined the record for fundamental error and, finding none, the judgment of the trial court is affirmed on the authority of Haynes v. Radford Groc. Co., 118 Tex. 277, 14 S.W.2d 811. It is so ordered.

## RUGGLES v. JOHN DEERE PLOW CO. et al.

### No. 5228.

Court of Civil Appeals of Texas. Amarillo.

Dec. 2, 1940.

Rehearing Denied Jan. 13, 1941.

## GARRETT v. WILLIAMS et al.

### No. 2073.

Court of Civil Appeals of Texas. Eastland.

Dec. 6, 1940.

James E. Faulkner, of Henderson, for appellant.

Joe C. Gladney and J. M. Burns, Jr., both of Henderson, for appellees.

LESLIE, Chief Justice.

From a judgment in the trial court in favor of the plaintiffs (Leuvinia Williams joined pro forma by her husband, R. W. Williams) the defendant Charley Garrett appeals by virtue of an affidavit of inability to pay costs in lieu of a regular